UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ATLANTIC MARINE FLORIDA, LLC
A/S/I ATLANTIC MARINE, INC., and
AMERICAN HOME ASSURANCE COMPANY
as subrogated underwriter,

    Plaintiff,

v.                                Case No.:    3:08-cv-538-HES-TEM

EVANSTON INSURANCE COMPANY and
HARTFORD CASUALTY INSURANCE
COMPANY
    Defendant.

## ORDER

Before the Court is the Parties' Amended Joint Motion of All Parties to Abate (Doc. 45, filed February 8, 2010). The Parties request that the instant matter be abated until such time as this Court rules on the pending Motions for Summary Judgment (Docs. 26, 38, 39). The Parties assert that if the case is resolved by summary judgment, it could potentially save the litigants the cost of deposing a number of witnesses located throughout the United States.

Therefore it is **ORDERED** and **ADJUDGED**:

    1. The Parties' Amended Joint Motion to Abate (Doc. 45) is **GRANTED**.

    2. Once this Court rules on the Motions for Summary Judgment, the Court will revisit the Case Management and Scheduling Order (Doc. 16), upon proper motion, to determine whether adjustment is warranted.

**DONE AND ENTERED** in Jacksonville, Florida, this ___10th___ day of February, 2010.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Andrew W. Anderson, Esq.
Lawrence Jacobson, Esq
Richard Randall McCormack, Esq.
Joseph H. Lowe, Esq.
Yelena Shneyderman, Esq.
Lisa A. Oonk, Esq.
Stacey L. Papp, Esq.
Michael H. Kestenbaum, Esq.