UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



ATLANTIC MARINE FLORIDA, LLC
A/S/I ATLANTIC MARINE, INC., and
AMERICAN HOME ASSURANCE COMPANY
as subrogated underwriter,

    Plaintiffs,

v.    Case No.:    3:08-cv-538-HES-TEM

EVANSTON INSURANCE COMPANY and
HARTFORD CASUALTY INSURANCE
COMPANY

    Defendants.

## ORDER

Before the Court is the Plaintiffs' Unopposed Motion for Enlargement of Time (Doc. 62, filed February 19, 2010) and Plaintiffs' Motion for leave to file a Reply (Doc. 63, February 19, 2010). It is **ORDERED** and **ADJUDGED**:

1. Plaintiffs' Unopposed Motion for Enlargement of Time to April 1, 2010 (Doc. 62, filed February 19, 2010) is **GRANTED**.

2. Plaintiffs' Motion for leave to file a Reply (Doc. 63, February 19, 2010) is **DENIED**.

**DONE AND ENTERED** in Jacksonville, Florida, this _24_ day of February, 2010.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Andrew W. Anderson, Esq.
Lawrence Jacobson, Esq
Richard Randall McCormack, Esq.
Joseph H. Lowe, Esq.
Yelena Shneyderman, Esq.
Lisa A. Oonk, Esq.
Stacey L. Papp, Esq.
Michael H. Kestenbaum, Esq.