FILED

2012 MAY -9 PM 1: 34

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ATLANTIC MARINE FLORIDA, LLC
A/S/I ATLANTIC MARINE, INC., and
AMERICAN HOME ASSURANCE COMPANY
as subrogated underwriter,

      Plaintiffs,

v.                              Case No.: 3:08-cv-538-J-20TEM

EVANSTON INSURANCE COMPANY and
HARTFORD CASUALTY INSURANCE
COMPANY,

      Defendants.
_____/

## O R D E R

THIS CAUSE is before this Court on the parties' Joint Motion for Extension of Time to File Objections to Magistrate Judge Thomas E. Morris' Report and Recommendation (Doc. 150, filed May 8, 2012). In the instant motion, the parties request that the deadline to file objections be extended to fourteen days after the receipt of the transcript of the April 5, 2012 hearing, before Judge Morris.

Accordingly, t is **ORDERED**:

1. The parties' Joint Motion for Extension of Time to File Objections to Magistrate Judge Thomas E. Morris' Report and Recommendation (Doc. 150, filed May 8, 2012) is **GRANTED;**

2. The parties shall have **fourteen (14) days** from the date of the receipt of the April 5, 2012 hearing transcript to file objections to the Report and Recommendation (Doc. 149), entered

May 4, 2012. However, if the parties are unable to file their objections prior to **June 8, 2012**, they must seek an additional extension of time from this Court.

        **DONE AND ENTERED** at Jacksonville, Florida, this ___ day of May, 2012.

**HARVEY E. SCHLESINGER**
UNITED STATES DISTRICT JUDGE

Copies to:
Andrew W. Anderson, Esq.
Lawrence Jacobson, Esq.
Joseph H. Lowe, Esq.
Lisa A. Oonk, Esq.
Stacey L. Papp, Esq.
Gregory L. Mast, Esq.
Paul L. Fields , Jr., Esq.