'FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION   2012 JUN -4 AM 8: 30

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

ATLANTIC MARINE FLORIDA, LLC
A/S/I ATLANTIC MARINE, INC., and
AMERICAN HOME ASSURANCE COMPANY
as subrogated underwriter,

    Plaintiffs,

v.                                                          Case No.: 3:08-cv-538-J-20TEM

EVANSTON INSURANCE COMPANY and
HARTFORD CASUALTY INSURANCE
COMPANY,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before this Court on the parties' second Joint Motion for Extension of Time to File Objections to Magistrate Judge Thomas E. Morris' Report and Recommendation (Doc. 153, filed May 31, 2012). In the instant motion, the parties request that the deadline to file objections be extended to June 8, 2012.

It is **ORDERED**:

The parties' second Joint Motion for Extension of Time to File Objections to Magistrate Judge Thomas E. Morris' Report and Recommendation (Doc. 153, filed May 31, 2012) is **GRANTED** and the parties shall have up to and including June 8, 2012, to file their objections to the Report and Recommendation (Doc. 149), entered May 4, 2012.

**DONE AND ENTERED** at Jacksonville, Florida, this _1st_ day of June, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Andrew W. Anderson, Esq.
Lawrence Jacobson, Esq.
Joseph H. Lowe, Esq.
Lisa A. Oonk, Esq.
Stacey L. Papp, Esq.
Gregory L. Mast, Esq.
Paul L. Fields , Jr., Esq.